IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Boston Scientific Corp.*
*Pelvic Repair System Products Liability Litigation*
*MDL No. 2326*

Civil Action No. __2:13-cv-9778__

### SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2326 by reference. Plaintiff(s) further show the Court as follows:

1. Female Plaintiff:

   Margaret Johns

2. Plaintiff Husband (if applicable):

   David Johns

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable.

4. State of Residence:

   Delaware

5. District Court and Division in which venue would be proper absent direct filing:

   USDC – Eastern District of Pennsylvania.

6. Defendants (Check Defendants against whom Complaint is made):

   ☑   A. Boston Scientific Corporation

Revised: 1/4/13

☐     B. American Medical Systems, Inc. ("AMS")

☐     C. American Medical Systems Holdings, Inc. ("AMS Holdings")

☐     D. Endo Pharmaceuticals, Inc.

☐     E. Endo Health Solutions Inc. (f/k/a Endo Pharmaceuticals Holdings, Inc.)

☐     F. Johnson & Johnson

☐     G. Ethicon, Inc.

☐     H. Ethicon, LLC

☐     I. C. R. Bard, Inc. ("Bard")

☐     J. Sofradim Production SAS ("Sofradim")

☐     K. Tissue Science Laboratories Limited ("TSL")

☐     L. Mentor Worldwide LLC

☐     M. Coloplast A/S

☐     N. Coloplast Corp.

☐     O. Coloplast Manufacturing US, LLC

☐     P. Porges S.A.

7. Basis of Jurisdiction:

☑     Diversity of Citizenship

☐     Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

2, 3, 4, 5 and 6. _____

_____

_____

B. Other allegations of jurisdiction and venue:

Defendant Boston Scientific has significant contracts and regularly conducts business in Pennsylvania, specifically within the Eastern District of Pennsylvania.

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff):

- ☐ The Uphold Vaginal Support System;
- ☐ The Pinnacle Pelvic Floor Repair Kit;
- ☐ The Advantage Transvaginal Mid-Urethral Sling System;
- ☐ The Advantage Fit System;
- ☐ The Lynx Suprapubic Mid-Urethral Sling System;
- ☑ The Obtryx Transobturator Mid-Urethral Sling System;
- ☐ The Prefyx PPS System;
- ☐ The Solyx SIS System; and/or
- ☐ Other

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- ☐ The Uphold Vaginal Support System;
- ☐ The Pinnacle Pelvic Floor Repair Kit;
- ☐ The Advantage Transvaginal Mid-Urethral Sling System;
- ☐ The Advantage Fit System;
- ☐ The Lynx Suprapubic Mid-Urethral Sling System;

3

- [✓] The Obtryx Transobturator Mid-Urethral Sling System;
- [ ] The Prefyx PPS System;
- [ ] The Solyx SIS System; and/or
- [ ] Other

  _____

  _____

10. Date of Implantation as to Each Product:

    07/25/2011

11. Hospital(s) where Plaintiff was implanted (Including City and State):

    Delaware Outpatient Center for Surgery

    Newark, DE

12. Implanting Surgeon(s):

    Michael R Lobis, MD

13. Counts in the Master Complaint brought by Plaintiff(s)

    - [✓] Count I – Negligence
    - [✓] Count II – Strict Liability – Design Defect
    - [✓] Count III – Strict Liability – Manufacturing Defect
    - [✓] Count IV – Strict Liability – Failure to Warn

4

☑ Count V - Breach of Express Warranty

☑ Count VI – Breach of Implied Warranty

☑ Count VII (by the Husband) – Loss of Consortium

☑ Count VIII – Discovery Rule, Tolling and Fraudulent Concealment

☑ Count IX – Punitive Damages

☐ Other Count _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

_____

_____

☐ Other Count _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

_____

_____

*[signature]*

Attorneys for Plaintiff

Address and bar information:

KLINE & SPECTER
A Professional Corporation
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
(215) 772-1000 (phone)
(215) 735-0960 (fax)
lee.balefsky@klinespecter.com
michelle.tiger@klinespecter.com

Thomas R Kline, Esquire/28895

Lee B Balefsky, Esquire/25321

Michelle L Tiger, Esquire/43872

5